THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent
 v.
 Kia M. Hart, Appellant
 
 
 

Appeal from Lexington County
R. Knox McMahon, Circuit Court Judge

Unpublished Opinion No. 2009-UP-022
Submitted January 2, 2009  Filed January 9, 2009

APPEAL DISMISSED

 
 
 
 Deputy
 Chief Appellate Defender Wanda H. Carter, of Columbia, for Appellant.
 Attorney
 General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh,
 Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and
 Solicitor Donald V. Myers, of Lexington, for Respondent.
 
 
 

PER CURIAM: Kia
 M. Hart pled guilty to accessory before the fact of kidnapping in October 16,
 2006, but her sentencing was deferred until April 3, 2007.  After being
 sentenced, Hart appealed, arguing the trial court should have asked her if she wanted
 to withdraw her guilty plea before she reaffirmed it prior to sentencing.  After
 a thorough review of the record and counsels brief pursuant to Anders v.
 California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss Harts appeal and grant counsels motion
 to be relieved.[1]
APPEAL
 DISMISSED.
WILLIAMS, PIEPER, and GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.